IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:17-CR-270 (LMB) |
| | ) | |
| AHMED AMEER MINNI | ) | |

## MOTION TO DISMISS

The defendant was indicted in an indictment by a grand jury in this district on four counts. On April 21, 2023, the defendant pled guilty to Count 3 of the Indictment. Pursuant to the plea agreement in this case, the Government moves to dismiss Counts 1, 2, and 4 of the Indictment.

                              Respectfully submitted,

                              Jessica D. Aber
                              United States Attorney


By:          /s/
      John T. Gibbs
      Assistant United States Attorney
      Virginia Bar No. 40380
      Attorney for the United States
      2100 Jamieson Avenue
      Alexandria, VA   22314
      (703) 299-3700
      (703) 837.8242 (fax)
      John.gibbs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing Motion to Dismiss and draft Order of Dismissal with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

_____/s_____
John T. Gibbs
Assistant United States Attorney
Virginia Bar No. 40380
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA   22314
(703) 299-3700
(703) 837.8242 (fax)
John.gibbs@usdoj.gov