AO 442 (Rev. 01/09) Arrest Warrant

1825492

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

FILED 2025 JUL 24 P 12:08

| United States of America | ) |
| v. | ) |
| AHMED AMEER MINNI, et al | ) Case No. 1:09mj 858 |
|  | ) 1:17-CR 270 |
| Defendant | ) |

RECEIVED UNITED STATES MARSHAL
DEC 23 10 34 AM '09
EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* WAQAR HUSSAIN KHAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to provide material support to terrorists, in violation of 18 U.S.C. § 2339A.

Date: 12/23/2009

*Issuing officer's signature*

City and state:   Alexandria, Virginia

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/16/2017 7/24/25, and the person was arrested on *(date)* 7/23/25
at *(city and state)* Pakistan

Date: 7/24/25

*Arresting officer's signature*

SHAKITA JENKINS
*Printed name and title*