**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA                    HEARING: __R5____CASE#: 1:17cr270_____

                    -VS-                    DATE: _7/24/25__   TIME START:  2:24 p.m.____
                                            TIME END: ___2:31 p.m._____

_____Waqar Khan___                    RECORDER: FTR SYSTEM        REMOTE HEARING   (   )

COUNSEL FOR THE UNITED STATES:_____John Gibbs_____

COUNSEL FOR THE DEFENDANT:_____ _____Pleasant Broadnax  (CJA appointed)_____

INTERPRETER:_____ _____LANGUAGE:_____

( x ) DEFT APPEARED     ( x ) W/COUNSEL        (   ) DUTY FPD PRESENT:_____

( x ) DEFT INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

( x ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

**(   )** COURT APPOINTED COUNSEL (   ) FPD    (   ) CJA    (   ) R40 PURPOSES ONLY (   ) DEFT WILL RETAIN COUNSEL

**(   )** GVT. CALLS WITNESS & ADDUCES EVIDENCE        (     ) AFFIDAVIT

**(   )** EXHIBIT #_____ADMITTED

**(   )** PROBABLE CAUSE**:**        FOUND **(     )**   NOT FOUND (     )

(   ) PRELIMINARY HEARING WAIVED    (   ) FILED        (   ) ORALLY

**(   )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DFT. ADMITS VIOLATION (     )DFT. DENIES VIOLATION   (       ) COURT FINDS DFT. IN VIOLATION

**MINUTES: USA does not seek detention; Deft does not object. Deft is released on Bond w/conditions.**

**(   ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**(   ) DEFENDANT CONTINUED ON CONDITIONS OF    (     ) BOND   (   )PROBATION    (     )SUP. RELEASE**

**NEXT COURT APPEARANCE:_____at _____Before_____**
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY   (   ) PLEA (   ) SENT (     ) PBV   (   ) SRV   (   ) R40 (   ) PTV