# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:17CR270 |
| Waqar Khan | ) |
| Defendant | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: __United States District Court__
*Place*
__401 Courthouse Square, Alexandria, VA 22314__

on __TBA__
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☒) (6) The defendant is placed in the custody of: **(Mother) Zahida Khan**
Person or organization
Address (only if above is an organization) **4309 Aspen Drive**
City and state **Alexandria, Virginia**     Tel. No. **571-224-5970**

who agrees (a) to supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _Zahida_ Custodian     **7-24-25** Date

(☑) (7) The defendant must:
- (☒) (a) submit to supervision by and report for supervision to the **Pretrial Services Office**.
  telephone number _____, no later than _____.
- (☐) (b) continue or actively seek employment.
- (☐) (c) continue or start an education program.
- (☒) (d) surrender any passport to: **Pretrial Services or passport to remain in the Government's custody.**
- (☒) (e) not obtain a passport or other international travel document.
- (☒) (f) abide by the following restrictions on personal association, residence, or travel: **Do not depart the Washington D.C. Metropolitan area without prior approval of Pretrial Services or the Court.**
- (☒) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: **Co-defendants unless in the presence of counsel.**
- (☐) (h) get medical or psychiatric treatment: _____
- (☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- (☒) (j) ~~maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.~~ **The deft must reside at 3rd pty custodians residence and not move w/o prior approval of PTS and/or the Court.**
- (☒) (k) not possess a firearm, destructive device, or other weapon.
- (☐) (l) not use alcohol (☐) at all (☐) excessively.
- (☐) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- (☐) (n) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
- (☐) (o) participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
- (☐) (p) participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
  - (☐) pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
- (☐) (q) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

  i. Following the location restriction component (check one):
  - (☐) (1) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer; or
  - (☐) (2) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
  - (☐) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
  - (☐) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
  ( ☐ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
  ( ☐ ) (ii)  Voice Recognition; or
  ( ☐ ) (iii)  Radio Frequency; or
  ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial sevices or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☒ ) (t)  The Deft must refrain from possessing or having access to a computer or the internet unless a computer monitoring program has been installed by PTS. The Deft shall consent to the installation of computer monitoring software on any computer which the Deft has access. Installation shall be performed by Pretrial Services. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. The Deft shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The cost of monitoring will be paid by the Deft.

( ☒ ) (u)  The Deft must refrain from possessing or utilizing any video gaming system and console, phones with internet capabilities, or other such devices which would enable contact and/or sharing of data with other individuals known or unknown to the defendant.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Alexandria, VA                     703-360-5329
City and State                     Telephone Number

### Directions to the United States Marshal

(☑) The defendant is ORDERED released after processing.
(☐) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/24/2025

/s/ William E. Fitzpatrick
United States Magistrate Judge
Judicial Officer's Signature

William E. Fitzpatrick, USMJ
Printed name and title

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL