# ATTACHMENT A

FD-302 (Rev. 5-8-10)

-1 of 2-

██████████████████

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    09/23/2019

██████████████████████████████████████ (KHANs) were
interviewed at their residence, ██████████████████████ by
Federal Bureau of Investigation Special Agents Daniel Abrams and Timothy
████. After being advised of the identity of the interviewing agents and
the nature of the interview, the KHANs provided the following information:

Waqar Khan (Agent Note: █████████████████ son) was due to be
released from Sahiwal Prison, Pakistan, within the next few months. The
KHANS were unaware of the exact date of release and requested assistance
from the FBI to determine what that date was. The KHANs corresponded with
Waqar via written letters. Waqar was "brave" and was ready to come home.
Waqar wrote the KHANs that he wanted to return home and have a family of his
own like his brothers. Waqar also intended to go back to school.

The KHANs were aware of the outstanding fines associated with Waqar's
sentence, which amounted to approximately 50,000 Rupees. The KHANs intended
to pay these fines.

(Agent Note: The interviewing Agents explained the pending charges
against Waqar.)

Regarding the pending U.S. charges, the KHANs indicated that they did
want Waqar to return to the U.S. voluntarily, face the charges, and go
through the court process. The KHANs would encourage Waqar to do so.

According to the KHANs, the food in Sahiwal Prison was bad and it was
unknown how many meals a day Waqar received.

(Agent Note: It was explained by the interviewing Agents that the FBI
would assist in getting all five men new passports to travel home.)

██████████████████ provided his phone number as ████████████.

██████████████████

| | | |
|---|---|---|
| Investigation on 09/10/2019 at Alexandria, Virginia, United States (In Person) | | |
| File #██████████████ | | Date drafted 09/11/2019 |
| by ABRAMS DANIEL, Timothy Michael Slater | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Interview of

Continuation of FD-302 of ████████████████████████ , On  09/10/2019 , Page  2 of 2

At the conclusion of the interview, the KHANs thanked the interviewing Agents for the information, and indicated they were open for recontact and continued coordination in their son's return to the U.S.

(Agent Note: Interviewing Agents accepted bottled water from the KHAN family.)