# ATTACHMENT B

FD-302 (Rev. 5-8-10)
- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   11/19/2019

    On November 15, 2019, Federal Bureau of Investigation (FBI) Special Agent (SA) Mark Brundage and SA Adam Greenspan met with ▇▇▇▇▇▇, cellular telephone ▇▇▇▇▇▇, and his father, ▇▇▇▇▇▇, at their Residence located at ▇▇▇▇▇▇, ▇▇▇▇▇▇, ▇▇▇▇▇▇. The purpose of the meeting was to review a CJA 23 Financial Affidavit form, which ▇▇▇▇▇▇ could complete on behalf of his brother, Waqar Khan (Waqar). After being advised of the identities of the Agents and the purpose of the meeting, ▇▇▇▇▇▇ completed and signed the form (see attached 1A file). ▇▇▇▇▇▇ and ▇▇▇▇▇▇ also provided the following information:

    ▇▇▇▇▇▇ was planning to leave the country on November 24, 2019, to travel to Pakistan to visit Waqar. The purpose of ▇▇▇▇▇▇ travel was to convince Waqar to return to the United States. ▇▇▇▇▇▇, himself, had personal history with the U.S. justice system. He volunteered at the Lorton prison for approximately one year, but he became frustrated with how well the prisoners were treated and left. For example, it was easy for prisoners to get Nike shoes at a much cheaper price than ▇▇▇▇▇▇ would have to pay. ▇▇▇▇▇▇ had visited Saudi Arabia in the past and witnessed occasions when people were executed for murdering someone else or having a hand chopped off for stealing. The punishment in Saudi Arabia was severe for criminals, otherwise people would not learn their lessons.

    ▇▇▇▇▇▇ lived in "heaven" in America. When people asked him if he would return to Pakistan, he would ask them why. In America, ▇▇▇▇▇▇ had a home and air conditioning, and he would not want to return to the flies, mosquitos, and power outages in Pakistan.

    ▇▇▇▇▇▇ had a background in Information Technology but was currently not working. He previously had contract work, but the contract finished and he had not been able to find follow-up work. He continued to search for

---

| | | |
|---|---|---|
| Investigation on | 11/15/2019 at | Alexandria, Virginia, United States (In Person) |
| File # ▇▇▇▇▇▇ | | Date drafted   11/18/2019 |
| by | Mark D. Brundage, GREENSPAN ADAM MARK | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

employment opportunities though.

▮▮▮▮ asked about a correspondence he was expecting from the State Department regarding payment of a fee for Waqar. The State Department had his mother's email address; however, she had not yet received this information. ▮▮▮▮ also provided his email address, ▮▮▮▮, and asked to be included in future communications, if possible.

[Agent's Note: After FBI Agents departed the Residence, it was discovered that the "CASH" portion of the CJA 23 Financial Affidavit form was inadvertently left blank. SA Brundage returned to the Residence, and ▮▮▮▮ checked the appropriate box.]