# ATTACHMENT E

| | |
|---|---|
| **From:** | Gibbs, John (USAVAE) |
| **To:** | Pleasant Brodnax |
| **Subject:** | RE: [EXTERNAL] Mr. Khan |
| **Date:** | Wednesday, November 6, 2024 1:58:00 PM |

Sounds good.  Just keep me posted.  Thanks.

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Wednesday, November 6, 2024 1:55 PM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Mr. Khan

Yes.

**Pleasant Brodnax**
Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
Email: pleasant.brodnax@gmail.com
Website: www.pleasantbrodnax.com

> On Nov 6, 2024, at 1:47 PM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>
> Hey Pleasant,
>
> Just wanted to follow up to see if there has been any more movement on Mr. Chaudhry's end.
>
> Thanks.
>
> **From:** Gibbs, John (USAVAE)
> **Sent:** Tuesday, August 27, 2024 10:20 AM
> **To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
> **Subject:** RE: [EXTERNAL] Mr. Khan
>
> Pleasant,
>
> The FBI advises that for things to move forward in the smoothest way possible, Waqar Khan should turn himself into the FIA Zonal Office located in Melody Market, G-6, Islamabad, Pakistan. Upon turning himself into that location he should ask for Assistant Director Nadeem Zafar of FIA AHTC.

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Monday, August 26, 2024 11:20 PM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Mr. Khan

He says Karachi.

> On Aug 26, 2024, at 2:01 PM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>
> Hey Pleasant,
>
> One question: Can you tell me what city he is closest to? That will inform who the POC is.
>
> **From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
> **Sent:** Saturday, August 24, 2024 1:35 PM
> **To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
> **Subject:** Re: [EXTERNAL] Re: Mr. Khan
>
> John,
>
> Mr Khan is interested in turning himself in.
>
> He is asking that I provide him with a contact person to coordinate with.
>
> *Pleasant S. Brodnax, III*
> *Attorney at Law*
> *202-462-1100*
> *pleasant.brodnax@gmail.com*
> *www.pleasantbrodnax.com*
>
> *Sent from mobile device*
>
>> On Aug 14, 2024, at 9:39 AM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>>
>> Hi Pleasant,

I hope all is well with you. I wanted to let you know that Mr. Khan's co-defendant was sentenced today by Judge Brinkema. He received the same no-jail sentence as Zamzam and Minni as well as the same 20 year supervised release term.

Judge Brinkema did ask about Mr. Khan's status at the end of the hearing, so I figured that I would check in. The FBI is still eager to transport him back here to face these charges.

Do you know if he is willing to return voluntarily? As with the others, they would probably take over their own plane to transport him.

Thanks.

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Tuesday, July 18, 2023 7:51 PM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Mr. Khan

Will send this to his family immediately.

**Pleasant Brodnax**
Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
Email: pleasant.brodnax@gmail.com
Website: www.pleasantbrodnax.com

On Jul 18, 2023, at 3:33 PM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:

Good afternoon, Pleasant,

I was just contacted by the FBI who informed me that Mr. Chaudhry, who recently sent the court a letter agreeing to withdraw his

opposition to his extradition, has had his case ruled upon by the Pakistani court, and they have determined that he can be extradited to the US.

The next step is for some entity within the Pakistani government (NFI) to approve him for extradition, but that could in theory happen pretty soon.

So the bottom line is that it appears that Mr. Chaudhry is close to being approved for the FBI to pick him up and bring him back to the US.

In speaking to the FBI, there is a strong preference to fly Mr. Chaudhry and Mr. Khan back to the US on the same flight if at all possible. I believe that in order for that to happen, your client would need to notify the Pakistani court that he will not contest his extradition, and he is amenable to return to the US.  Please let me know if there is anything I can do on my end to assist in that process.

Thank you.

John T. Gibbs
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3775
Cell (703) 819-0412
John.gibbs@usdoj.sgov.gov
John.gibbs2@doj.ic.gov