UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT A

Judgment in a Criminal Case

ECF No. 230 (Jan. 6, 2026)

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.

WAQAR HUSSAIN KHAN,

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 1:17cr00270-005

USM Number: 98099-511

Pleasant Brodnax, Esquire
Defendant's Attorney

The defendant pleaded guilty to Count 3 of the Indictment.

The defendant is adjudged guilty of:

| Title and Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 2339B | Conspiring to provide material support and resources to a designated foreign terrorist organization | 12/9/2009 | 3 |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 1, 2, and 4 are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

January 6, 2026
Date of Imposition of Judgment

/s/ LMB
Leonie M. Brinkema
United States District Judge

Date January 6, 2026

**Case Number:** 1:17cr00270-005
**Defendant's Name:** Khan, Waqar Hussain

# IMPRISONMENT

The defendant is hereby sentenced to TIME SERVED.

## RETURN

I have executed this judgment as follows: ______________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________
at ______________________________, with a certified copy of this Judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

**Case Number:** **1:17cr00270-005**
**Defendant's Name:** **Khan, Waqar Hussain**

## SUPERVISED RELEASE

The defendant is sentenced to supervised release for a term of TWENTY (20) YEARS.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as determined by the court.
4. ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
5. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
6. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
7. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
8. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions listed in this judgment as well as with any other special conditions listed in this judgment.

**Case Number:** **1:17cr00270-005**
**Defendant's Name:** **Khan, Waqar Hussain**

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov

Defendant's Signature ______________________________ Date

**Case Number:** **1:17cr00270-005**
**Defendant's Name:** **Khan, Waqar Hussain**

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant is barred from associating or communicating with any known terrorists or terrorist organizations, including any individuals involved in the instant offense. All communications with such persons and groups, including electronic or telephonic, are prohibited.

2. The defendant shall comply with the requirements of the computer monitoring program as administered by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall also notify others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring program are waived.

**Case Number:** 1:17cr00270-005
**Defendant's Name:** Khan, Waqar Hussain

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine |
|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $100.00 due immediately.

Unless the Court has expressly ordered otherwise, if this Judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT B

Email of USPO Franklin Weaver to counsel

July 21, 2026

**From:** **Franklin Weaver** frank_weaver@vaep.uscourts.gov
**Subject:** RE: Waqar Hussain Khan, No. 1:17-cr-270-005 - Revised Travel Request (Saudi Arabia)
**Date:** July 21, 2026 at 2:59 PM
**To:** Pleasant Brodnax pleasant@pleasantbrodnax.com

FW

Good Afternoon Pleasant,

To answer your questions, my concern in the initial denial of the travel request was two-fold. One, he only started supervision approximately 7 months ago and normally, in cases like his, I don't approve international travel that quickly. Mr. Khan had just started working and, while I understand that it's important for him to see his wife, he also needs to establish a positive pattern of life after his release and return to the U.S. Also, the reason the request was denied was because of the fact that he was requesting to travel to Pakistan. If you submit another request to Saudi Arabia, I would take a neutral position on the request. Furthermore, I have no objection to him obtaining a passport. Should you need anything else please don't hesitate to contact me.

Respectfully,

Frank Weaver
Senior United States Probation Officer
Eastern District of Virginia
8809 Sudley Road, Suite 200
Manassas, Virginia 20110
(703) 366-2118
(703) 344-4020 (fax)

-----Original Message-----
From: Pleasant Brodnax <pleasant@pleasantbrodnax.com>
Sent: Tuesday, July 21, 2026 2:04 PM
To: Franklin Weaver <Frank_Weaver@vaep.uscourts.gov>
Subject: Waqar Hussain Khan, No. 1:17-cr-270-005 - Revised Travel Request (Saudi Arabia)

Mr. Weaver,

I represent Waqar Hussain Khan. It is my understanding that your Office denied his request to travel to Pakistan, and I want to be clear at the outset that I am not asking you to revisit that decision. On those facts I understand it. Pakistan is where the offense conduct occurred, where he served ten years, and where the extradition history played out, and I would not expect a different answer from any officer supervising this case.

Mr. Khan has changed what he is asking for, and I would like your view on the different request before I do anything else.

He now asks to travel to Saudi Arabia for approximately two weeks to perform Umrah and to meet his wife there. They married in Pakistan on February 2, 2025, three months before he surrendered. She resides in Pakistan and can enter Saudi Arabia on her Pakistani passport. He would not enter or transit Pakistan at any point in the itinerary, and I would want that written into whatever approval or order issues.

Petitions for both an immigrant and a nonimmigrant visa have been filed for her and remain pending, and effective January 21, 2026 the State Department indefinitely paused immigrant visa issuance to

nationals of Pakistan, with no announced end date. As things stand there is no lawful path for them to be together in the United States, and none in prospect.

The question I most need answered is this. Was the denial specific to Pakistan, or does your office take the position that Mr. Khan should not travel outside the United States at this stage of a twenty-year term regardless of destination? Those are different answers and they lead me in different directions. If the concern was Pakistan, I would like to work with you on a Saudi Arabia itinerary you can approve. If the concern is foreign travel generally, I would rather know that now and put the question to Judge Brinkema.

If you are willing to consider it, here is what I am prepared to have Mr. Khan agree to, and I would welcome anything you would add or tighten:

1. Travel confined to the Jeddah, Mecca, and Medina corridor, with no other travel within Saudi Arabia.
2. No entry into or transit through Pakistan, and no Pakistani carrier segment.
3. Travel on a United States passport only, with any Pakistani travel documents surrendered to your office before departure and held for the duration.
4. Booking through a licensed United States operator, with the group itinerary, lodging, and a confirmed return reservation provided to your office before departure.
5. Daily check-in with your office in whatever form you prefer.
6. In-person reporting to your office before departure and within 72 hours of return.
7. Notification to the FBI, with a pre-travel and post-travel interview if the Bureau wants one.
8. Immediate report of any contact or communication that could implicate his no-association condition.

Two practical matters I would rather work out with you than present to the Court:

Passport. Mr. Khan's United States passport is expired and he does not currently hold a valid one. I intend to have him apply for a renewal and I want to confirm you have no objection before he does. Given the nature of the conviction I expect that application will take time, which is why I am raising all of this well in advance of any travel.

Timing. Because of the passport, Mr. Khan is looking to travel sometime in October or November 2026.  am looking at 2027 rather than this year.

If I need to file a motion with the Court, I would ask you to consider whether you can take a neutral position on it. If your office intends to oppose, I would like to know that as well, so that whatever I represent to Judge Brinkema about your position is accurate.

Would you have time for a call this week or next? My cell is 703-338-4300.

Thanks and best regards,
Pleasant

Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, D.C. 20006
202-462-1100
pleasant@pleasantbrodnax.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT C

Email of AUSA James P. Gillis to counsel

June 17, 2021



**From:** **Pleasant Brodnax** pleasant.brodnax@gmail.com
**Subject:** Fwd: United States v. Minni, et al.
**Date:** June 17, 2021 at 7:45 PM
**To:** Mohammad Khan khanmh@mymail.vcu.edu
**Bcc:** pleasant.brodnax@gmail.com

Mohammad,

Please share with Waqar. Thanks.

Pleasant Brodnax
703.338.4300

Begin forwarded message:

> **From:** "Gillis, James P. (USAVAE)" <James.P.Gillis@usdoj.gov>
> **Date:** June 17, 2021 at 3:15:50 PM EDT
> **To:** "pleasant. brodnax_gmail. com" <pleasant.brodnax@gmail.com>, "Pleasant Brodnax, III (valawyer@erols.com)" <valawyer@erols.com>
> **Cc:** "Gibbs, John (USAVAE)" <John.Gibbs@usdoj.gov>, "Trump, Jim (USAVAE)" <Jim.Trump@usdoj.gov>, "Gill, Mike (USAVAE)" <Mike.Gill@usdoj.gov>
> **Subject: United States v. Minni, et al.**
>
> Pleasant,
>
> From our last conversation, I understand that your client, Waqar Khan, is interested in the assistance of the U.S. government in returning to the United States. There are many uncertain events now taking place that will complicate his return, including the timing of the return of other defendants, the pending request by the United States to Pakistan for your client's extradition, and the unpredictable nature and timing of court proceedings in Pakistan. That said, we are willing to facilitate your client's return to the United States with other defendants when their removal is authorized by the Pakistani authorities. Our best guess at how the process would have to unfold is this: When we are notified by the Pakistanis that we are authorized to remove other defendants, and are notified by the Pakistanis as to the exact timing for their removal, we will notify you. When notified by us, your client would then have to immediately consent to extradition and surrender to the Pakistani authorities to be taken into custody. The Pakistani authorities would then turn your client over to FBI personnel at or near the time for the flight that will take him and other defendants back to the United States. Note, however, that even these last steps may be problematic. Khan could consent to extradition, thereby waiving the extradition proceedings, but he would still be in the extradition framework, meaning a surrender decision would still have to be made by Pakistan's Minister of Interior, and as a consequence, certain legal hurdles might still present themselves.
>
> To be clear, at this point we have no idea when the Pakistani authorities will allow the return of other defendants, and so we have no present plans for their

transportation to the United States. We have no estimate for the length of time it would take the Pakistani authorities, once your client surrenders, to transfer custody of him to the FBI. We would try to work that out with the Pakistanis in advance, and obviously we would like to minimize the amount of time prior to the flight that your client would have to remain in Pakistani custody. It is possible that your client will not be taken into custody by the Pakistanis and would simply be told by them when and where to report. There is no way for us to predict, and we would have no control over that.

Given the many uncertainties, the many moving pieces, and the extent of the effort it would require to arrange your client's return and to make it coincide with the return of other defendants, were are only willing to begin the process if your client fully and promptly commits that he wants our help to return to the United States. We would also require that he agree to follow all instructions he receives from the FBI relating to the logistics of his return. An email from you would suffice for these purposes. If your client fails in any respect to fully and promptly cooperate with the FBI in his removal from Pakistan, we will take no further action to facilitate his return. We will only do this once, and only if arranged with the return of other defendants. Thereafter he will be on his own. So time is of the essence. We will continue to press for his arrest and extradition from Pakistan, and we will seek his provisional arrest and detention in any other country in which he may be found.

So that there is no misunderstanding, when your client lands in the United States, he will remain in custody on our outstanding warrant. At his initial appearance, the United States will ask the Court for his detention.

Please let me know how you would like to proceed.

Jim

James P. Gillis
Assistant United States Attorney
(m) (571) 289-3625

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT D

Email chain, AUSA John T. Gibbs and counsel

September 26 to October 12, 2022

**From:** **Gibbs, John (USAVAE)** John.Gibbs@usdoj.gov
**Subject:** RE: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB
**Date:** September 28, 2022 at 10:18 AM
**To:** Pleasant Brodnax pleasant.brodnax@gmail.com

A

Hey Pleasant,

I am working with FBI to figure out the best way to approach the Pakistani government about your client's case. This will likely require the FBI to fly out to get him. If that is the case, we would also like to get the final defendant, Umar Chaudhry. As you may know, he is currently in custody (possibly based upon our extradition request, though that is not certain).

As soon as I have more information, I will pass it along to you.

Thanks.

---

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Monday, September 26, 2022 11:22 PM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB

Thanks.

**Law Office of Pleasant S. Brodnax, III**
**1701 Pennsylvania Avenue, N.W.**
**Suite 200**
**Washington, D.C. 20006**
**p: 202.462.1100 | f: 202.204.5165**
**www.pleasantbrodnax.com**

> On Sep 26, 2022, at 9:29 PM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>
> Hey Pleasant,
>
> As it happens I'm meeting with FBI tomorrow on this case. Let me discuss with them and then I can fill you in on where things stand. I'll keep you posted.
>
> Sent from my iPhone
>
>> On Sep 26, 2022, at 6:51 PM, Pleasant Brodnax <pleasant.brodnax@gmail.com> wrote:
>>
>> John,
>>
>> The family of Mr. Khan is asking how to get him here to appear in the case. Is this something we can discuss?

I am currently in trial in USDC DC, so I'm available in the evenings.

Pleasant
703-338-4300

**Law Office of Pleasant S. Brodnax, III**
**1701 Pennsylvania Avenue, N.W.**
**Suite 200**
**Washington, D.C. 20006**
**p: 202.462.1100 | f: 202.204.5165**
**www.pleasantbrodnax.com**

**From:** **Pleasant Brodnax** pleasant.brodnax@gmail.com
**Subject:** Re: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB
**Date:** October 12, 2022 at 10:46 AM
**To:** Gibbs, John (USAVAE) John.Gibbs@usdoj.gov
**Bcc:** pleasant.brodnax@gmail.com



John,

Client's family advises that he wants to move forward with the proposal you set out in your October 3 email. Can you provide specifics on whom he should contact?

Thanks.

*Pleasant S. Brodnax, III*
*Attorney at Law*
*202-462-1100*
*pleasant.brodnax@gmail.com*
*www.pleasantbrodnax.com*

*Sent from mobile device*

> On Oct 12, 2022, at 9:01 AM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:
>
> Hey Pleasant,
>
> Let me know if you have any additional questions about the proposal, below. I can communicate that to the Legat. Also, if you wish to discuss over the phone, I am happy to do so.
>
> Thanks.
>
> ---
>
> **From:** Gibbs, John (USAVAE)
> **Sent:** Monday, October 3, 2022 9:03 AM
> **To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
> **Subject:** RE: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB
>
> Pleasant,
>
> I have been in contact with the FBI Legal Attache in Pakistan. He advises that your client's co-defendant, Umar Chaudhry, is already in custody on our extradition request. The FBI is seeking to bring both defendants back to the United States on the same flight. In order to begin that process, your client would need to turn himself into Federal Investigation Agency - Counterterrorism Wing, given the nature of his past conviction.
>
> If he is amenable to doing that, the Legat advises that he will gladly assist with communicating this intent to the FIA Chief of Staff this coming Tuesday.
>
> Once both defendants are in custody, we can begin the process of bringing them home

home.

Please let me know if you wish to discuss this matter when you get a break from trial.

---

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Monday, September 26, 2022 11:22 PM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Waqar Khan, USA v. Minni, et al, Case Number: 1:17-cr-00270-LMB

Thanks.

**Law Office of Pleasant S. Brodnax, III**
**1701 Pennsylvania Avenue, N.W.**
**Suite 200**
**Washington, D.C. 20006**
**p: 202.462.1100 | f: 202.204.5165**
**www.pleasantbrodnax.com**

On Sep 26, 2022, at 9:29 PM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:

Hey Pleasant,

As it happens I'm meeting with FBI tomorrow on this case. Let me discuss with them and then I can fill you in on where things stand. I'll keep you posted.

Sent from my iPhone

On Sep 26, 2022, at 6:51 PM, Pleasant Brodnax <pleasant.brodnax@gmail.com> wrote:

John,

The family of Mr. Khan is asking how to get him here to appear in the case. Is this something we can discuss?

I am currently in trial in USDC DC, so I'm available in the evenings.

Pleasant
703-338-4300

**Law Office of Pleasant S. Brodnax, III**
**1701 Pennsylvania Avenue, N.W.**
**Suite 200**

Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
www.pleasantbrodnax.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT E

Email of AUSA John T. Gibbs to counsel

July 18, 2023

Begin forwarded message:

**From:** "Gibbs, John (USAVAE)" <John.Gibbs@usdoj.gov>
**Subject: Mr. Khan**
**Date:** July 18, 2023 at 3:33:34 PM EDT
**To:** Pleasant Brodnax <pleasant.brodnax@gmail.com>

Good afternoon, Pleasant,

I was just contacted by the FBI who informed me that Mr. Chaudhry, who recently sent the court a letter agreeing to withdraw his opposition to his extradition, has had his case ruled upon by the Pakistani court, and they have determined that he can be extradited to the US.

The next step is for some entity within the Pakistani government (NFI) to approve him for extradition, but that could in theory happen pretty soon.

So the bottom line is that it appears that Mr. Chaudhry is close to being approved for the FBI to pick him up and bring him back to the US.

In speaking to the FBI, there is a strong preference to fly Mr. Chaudhry and Mr. Khan back to the US on the same flight if at all possible. I believe that in order for that to happen, your client would need to notify the Pakistani court that he will not contest his extradition, and he is amenable to return to the US. Please let me know if there is anything I can do on my end to assist in that process.

Thank you.

John T. Gibbs
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3775
Cell (703) 819-0412
John.gibbs@usdoj.sgov.gov
John.gibbs2@doj.ic.gov

*Pleasant S. Brodnax, III*
*Attorney at Law*
*202-462-1100*
*pleasant.brodnax@gmail.com*
*www.pleasantbrodnax.com*

*Sent from mobile device*

[redacted]

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT F

Email of AUSA John T. Gibbs to counsel

August 15, 2023

**From:** **Gibbs, John (USAVAE)** John.Gibbs@usdoj.gov
**Subject:** Mr. Khan
**Date:** August 15, 2023 at 1:03 PM
**To:** Pleasant Brodnax pleasant.brodnax@gmail.com

A

Pleasant,

I reached out to the FBI Legal Attache in Pakistan about Mr. Khan yesterday and relayed what you and I spoke about. They responded with the following question:

*Have a planned meeting Friday with FIA-CTW (Federal Investigation Agency - Counter-Terrorism Wing). What number should FIA-CTW contact Khan or his attorney at? Or do you want a phone number to pass to Khan's attorney for Khan to contact FIA?*

So I guess the question is, do you have a phone number for either Mr. Khan or you that FIA could use to make contact? In the alternative, if you would like me to get a phone number for FIA I can also do that and then you and/or Mr. Khan can reach out to FIA directly.

In my discussions with FBI, it sounds like FIA will be the entity who will be dealing with this extradition. That said, if FIA is told that Mr. Khan is willing to turn himself in and be returned to the United States, that will smooth the process.

Let me know if you have any questions.

Thanks.

John T. Gibbs
Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3775
Cell (703) 819-0412
John.gibbs@usdoj.sgov.gov
John.gibbs2@doj.ic.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT G

Email chain, counsel and AUSA John T. Gibbs

February 25 to March 3, 2025

From: Pleasant Brodnax
<pleasant.brodnax@gmail.com>
Subject: Re: Waqar khan
Date: Marc[redacted]
To: Waqar [redacted]>
Bcc: pleasa[redacted]

Waiting for the Assistant U.S. Attorney to get back to me. See below.

Pleasant Brodnax
Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
Email: pleasant.brodnax@gmail.com
Website: www.pleasantbrodnax.com

On Mar 3, 2025, at 3:29 PM, Pleasant Brodnax
<pleasant.brodnax@gmail.com> wrote:
John, heard anything from the FBI yet? Pleasant

On Feb 25, 2025, at 2:23 PM, Gibbs, John (USAVAE)
<John.Gibbs@usdoj.gov> wrote:
Pleasant,

Good to hear from you. Yes, I should be able to assist. Let me get in touch with the FBI case agent for this one and I will get back to you. Perhaps the three of us can get on a phone call where we can discuss logistics and timing. I'll reach out once I have spoken to him.

Thanks.

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com>
**Sent:** Tuesday, February 25, 2025 11:29 AM
**To:** Gibbs, John (USAVAE) <JGibbs@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Mr. Khan

John,

I have just been advised by Mr. Khan that he is ready to turn himself in at the beginning of March. He is asking for instructions.

Are you able to assist?

Thanks,
Pleasant

Pleasant Brodnax
Law Office of Pleasant S. Brodnax, III
1701 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20006
p: 202.462.1100 | f: 202.204.5165
Email: pleasant.brodnax@gmail.com
Website: www.pleasantbrodnax.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT H

Email of AUSA John T. Gibbs to counsel

July 16, 2026

From: "Gibbs, John (USAVAE)" <John.Gibbs@usdoj.gov>
Subject: RE: [EXTERNAL] Re: Waqar Khan
Date: July 16, 2026 at 3:00:38 PM EDT
To: Pleasant Brodnax <pleasant.brodnax@gmail.com>

Hello Pleasant,

Unfortunately, we cannot agree to amend your client's terms of supervised release to allow him to travel overseas. He was only just sentenced this past January, so he has only served about 7 months of a 20-year supervised release term.

Pakistan is also the country that he went to in order to commit the conspiracy that he was convicted of, and while he ultimately did agree to return to the United States voluntarily, he only did so after several years elapsed following his release.

Happy to discuss and obviously if you file a motion to modify we will file a response, but I suspect Judge Brinkema will want to hold a hearing.

Take care.

**From:** Pleasant Brodnax <pleasant.brodnax@gmail.com> **Sent:** Wednesday, July 8, 2026 3:06 PM**To:** Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov>**Subject:** [EXTERNAL] Re: Waqar Khan

Yes. Thanks.

*Pleasant S. Brodnax, III*
*www.pleasantbrodnax.com*
*202-462-1100*

*Sent from mobile device*

On Jul 8, 2026, at 2:55 PM, Gibbs, John (USAVAE) <John.Gibbs@usdoj.gov> wrote:

Hey Pleasant,

Got your message. So is the plan to travel to Pakistan to visit his wife and then to return? If that's the case, let me check with FBI and I can get back to you.

Thanks.

John T. Gibbs
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 819-0412 Cell
(703) 299-3775 Desk
John.gibbs@usdoj.sgov.gov
John.Gibbs2@doj.ic.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*United States v. Waqar Hussain Khan, No. 1:17-cr-00270-005*

# EXHIBIT I

Pakistani employment records and resignation letters

**From:** Waqar Khan [redacted]
**Subject:** Proof of Employment
**Date:** July 21, 2026 at 1:59 PM
**To:** Pleasant Brodnax pleasant@pleasantbrodnax.com

WK

ABTACH
FASTEST GROWING IT COMPANY

## TO WHOM IT MAY CONCERN

This is to certify that **Mr. Waqar Hussain Khan** was working at **Abtach Limited** as **Assistant Executive - Customer Support** and his job tenure was from 18-12-2020 to 31-08-2021
During his tenure, we found him efficient, his character and conduct were good and his services were found to be satisfactory.

We wish him all the best in his future endeavors.

Yours Sincerely,

Umema

**Umema Ali**
Manager - HR

**ABTACH LIMITED**
Office No. 1, Plot D-18, The Residence,
Khaliq-uz-Zaman Road, Block 8, Clifton,
Karachi.

**P** +92 21 32462412-3
**W** www.abtach.com

ibex.

November 13th, 2023

## To Whom It May Concern

This is to certify that Waqar Hussain Khan, holding CNIC 91509-0170491-9 has been a full time regular employee of IBEX Global Solutions (Private) Limited from September 9, 2021 till September 12, 2023 in the capacity of Customer Services Specialist in Operations for Walmart - Voice.

During his tenure, he has been a diligent & dependable resource. We wish him all the best for his future & endevaors.

*(This certificate is being issued for reference purposes only without any liability on the company or its employees)*

For & on Behalf of Virtual World (Private) Limited

**Maheen Fatima**
For **Vice President–Human Resources**

Ref # 253082