IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:17-cr-270 (LMB) |
| WAQAR HUSSAIN KHAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Defendant Waqar Hussain Khan ("defendant"), through counsel, has filed a Motion for an Order Permitting International Travel ("Motion") in which he requests permission to travel to Saudi Arabi for a period of 28 consecutive days to spend time with his wife. [Dkt. No 232]. Because the United States' position will assist the Court in its consideration of defendant's Motion, it is hereby

ORDERED that the United States file a response to defendant's Motion for within 30 days of today's date.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 25th day of August, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge