IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>WAQAR HUSSAIN KHAN,<br>Defendant. | )<br>)<br>)<br>)<br>) | 1:17-cr-270 (LMB) |

ORDER

Through counsel, defendant Waqar Hussain Khan ("defendant" or "Khan") has filed a Motion for an Order Requiring International Travel ("Motion"), to which the United States has filed an Opposition. The probation officer who supervises Khan has declined to take a position on the Motion. Defendant, who has dual United States/Pakistani citizenship, seeks permission to travel to Saudi Arabia to spend 28 consecutive days there to perform Umrah and be with his Pakistani wife who cannot enter the United States. Defendant argues that the Judgment Order entered on January 6, 2026, does not prohibit him from traveling internationally. The government raises multiple sound reasons for opposing defendant's request, including the nature of the offense to which defendant pleaded guilty, defendant's delay in returning to the United States from Pakistan, the short time defendant has been on supervision, and the very compelling concern that once in Saudi Arabia there would be no way to enforce defendant's conditions of supervision or to have any assurance that he would not flee, especially given that his wife cannot come to the United States. For all these reasons, it is hereby

ORDERED that Khan's Motion [Dkt. No. 232] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S. Probation Office.

Entered this 6th day of October, 2025.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge